UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-302-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID C. BOHMERWALD | **NOTICE OF APPEARANCE** |

NOW COMES undersigned counsel and informs the Court and the Government that he has been retained to represent the Defendant in this matter, as co-counsel with Christopher R. Clifton.

This the 30th day of October, 2024.

**GAMMON & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
P.O. Box 1127
Raleigh, NC 27602
(919) 521-5878
Fax: (919) 882-1898
jzeszotarski@ghz-law.com
Counsel for Defendant