IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-302-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| DAVID C. BOHMERWALD, | : | |
| Defendant | : | |

    Defendant, David C. Bohmerwald, hereby provides notice that Christopher R. Clifton of the law firm Grace, Tisdale & Clifton, P.A., has entered an appearance as co-counsel with Joseph E. Zeszotarski in this matter.

    This the 8th day of November, 2024.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. State Bar No. 21981
cclifton@gtc-law.com

Attorney for Defendant

Grace Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CR-302-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **CERTIFICATE OF SERVICE** |
| | : | |
| DAVID C. BOHMERWALD, | : | |
| Defendant | : | |

    I hereby certify that on November 8, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Logan Liles, Assistant United States Attorney.

    This the 8th day of November, 2024.

/s/Christopher R. Clifton
Christopher R. Clifton
N.C. State Bar No. 21981
cclifton@gtc-law.com

Attorney for Defendant

Grace Tisdale & Clifton, PA.
200 West First Street
Winston-Salem NC  27101
Telephone:  336-725-9428
Facsimile:  336-721-1176