# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 2/28/2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:24-CR-00302-BO-1 |
| David C. Bohmerwald ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-28-25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joseph Zeszotarski, Jr. and Christopher Clifton
*Printed name of defendant's attorney*

_____
*Judge's signature*

Terrence W. Boyle, United States District Judge
*Judge's printed name and title*